# SEND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JACQUELINE E. MARTINEZ, JACQUELINE MARTINEZ, DAVID AUSTIN,<br><br>        Plaintiff(s),<br><br>v.<br><br>CONSUMER RECOVERY ASSOCIATES, LLC,<br><br>        Defendant(s). | Case No. EDCV 11-00880 VAP (SPx)<br><br>ORDER SETTING SCHEDULING CONFERENCE:<br><br>Date:     November 14, 2011<br>Time:    1:30 p.m.<br>Location: U.S. District Court<br>                3470 Twelfth Street<br>                Riverside, California<br>                Courtroom 2 |

**READ THIS ORDER CAREFULLY**

This matter is set for a scheduling conference on November 14, 2011, at 1:30 p.m. The conference will be held pursuant to F.R.Civ.P. 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and report to the Court not later than 14 days after they confer as required by F.R.Civ.P. 26 and the Local Rules of this Court. **ALL LEAD TRIAL COUNSEL MUST BE PRESENT.** Failure to comply may lead to the imposition of sanctions. Counsel are further directed

s:\VAP\CRD'S FORM\3-ord-sched-conf.frm

1 | to submit form ADR 1, located on the Court's website at www.cacd.uscourts.gov no later than
2 | seven days before the scheduling conference date.
3 | **IT IS SO ORDERED.**
4 | Dated: August 31, 2011
  |                                                    _____
5 |                                                    VIRGINIA A. PHILLIPS
  |                                                    United States District Judge